UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:23-cv-07084-SVW | Date | November 27, 2024 |
| Title | *Johnny Moreno v. Vanessa Doe et al.* | | |

Present: The Honorable   STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   ORDER TO SHOW CAUSE WHY PLAINTIFF'S REMAINING CLAIMS SHOULD NOT BE DISMISSED

Plaintiff Johnny Moreno brought a multitude of claims against a whole series of Defendants based on allegations that Defendant and police officer Vanessa Guzman grabbed his genital area during a pat-down search. *See* Amended Complaint, ECF No. 79. The Court bifurcated Plaintiff's excessive force claim against Defendant Vanessa Guzman from his other claims. ECF No. 111. On November 18, 2024, the Court held a one-day trial on the excessive force issue. ECF No. 117. The jury found for Defendant Guzman. *Id.* In so doing, the jury explicitly found that Defendant Guzman did not grab or squeeze Plaintiff's genital area during a pat-down search. ECF No. 123.

The Court now turns to Plaintiff's remaining claims. It appears that all of Plaintiff's claims are premised on his allegation that Defendant Guzman grabbed and squeezed his genital area during a pat-down search. Given that a jury has found that that allegation is false, the Court is inclined to dismiss Plaintiff's remaining claims *sua sponte*.

|  | : |
|---|---|
| Initials of Preparer | PMC |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:23-cv-07084-SVW | Date | November 27, 2024 |
|---|---|---|---|
| Title | *Johnny Moreno v. Vanessa Doe et al.* | | |

Given the above, the Court instructs the parties to file briefing regarding the validity of Plaintiff's remaining claims within 14 days.

**IT IS SO ORDERED.**

| | Initials of Preparer | PMC |
|---|---|---|