JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Johnny Moreno,

PLAINTIFF(S)

v.

Vanessa Doe et al,

DEFENDANT(S).

CASE NUMBER

2:23-cv-07084-SVW-MAR

**JUDGMENT ON THE VERDICT FOR DEFENDANT(S)**

This action having been tried before the Court sitting with a jury, the Honorable STEPHEN V. WILSON, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

IT IS ORDERED AND ADJUDGED that the plaintiff(s):

Johnny Moreno

take nothing; that the action be dismissed on the merits; and that the defendant(s):

Vanessa Guzman

recover of the plaintiff(s) its costs of action, taxed in the sum of To be determined by motion.

Clerk, U. S. District Court

Dated: 1/3/25

By _PM Cruz_
Paul M. Cruz, Deputy Clerk

At: Los Angeles, CA

cc: Counsel of record

CV-44 (11/96)            JUDGMENT ON THE VERDICT FOR DEFENDANT(S)